NO. 07-04-0415-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 24, 2004

_____

RICHARD RAMOS, APPELLANT

V.

WILLIS MORAN, APPELLEE

_____

FROM THE 100TH DISTRICT COURT OF CHILDRESS COUNTY;

NO. 8849; HONORABLE DAVID MCCOY, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pursuant to prior directives of this Court and correspondence from appellant Ramos, this appeal is dismissed.

Phil Johnson
Chief Justice